IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JORGE LOPEZ, ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | NO. |
| vs. ) | |
| ) | 03C 1278 |
| OFFICER FIDEL VARGAS, STAR NO. ) | |
| 6255 and OFFICER ISIDOR RAMOS, ) | DOCKETED |
| STAR NO. 13508, Individually and as agents, ) | |
| servants and/or employees of CHICAGO ) | FEB 21 2003 |
| POLICE DEPARTMENT, and CITY OF ) | |
| CHICAGO, a Body Politic and Corporate, ) | |
| ) | |
| Defendant(s). ) | |

**COMPLAINT AT LAW**

**COUNT I**

**SECTION 1983 CLAIM – EXCESSIVE FORCE**

NOW COMES the Plaintiff, JORGE LOPEZ, by and through LAW OFFICES OF STEVEN J. MALMAN & ASSOCIATES, P.C., and complaining of the Defendants, OFFICER FIDEL VARGAS, STAR NO. 6255 and OFFICER ISIDOR RAMOS, STAR NO. 13508, Individually and as agents, servants and/or employees of CHICAGO POLICE DEPARTMENT, and CITY OF CHICAGO, a Body Politic and Corporate, states as follows:

1. That this action arises under Section 1983 and 1988 of the Civil Right Act, to-wit: 42 U.S.C., Sections 1983 and 1988 and the jurisdiction of this Court is based upon 28 U.S.C., Sections 1331 and 1343.

2. That on or about March 13, 2002, and for a long time prior thereto, the Defendants, OFFICER FIDEL VARGAS, STAR NO. 6255 and OFFICER ISIDOR RAMOS, STAR NO.

13508, were employed as Chicago Police Officers, within the scope of their employment and under the color of state law.

3. On or about March 13, 2002, JORGE LOPEZ, (hereinafter "Plaintiff"), was lawfully in an alley located at or near 2241 North Spaulding in the City of Chicago, County of Cook and State of Illinois, when Defendants, OFFICER FIDEL VARGAS, STAR NO. 6255 and OFFICER ISIDOR RAMOS, STAR NO. 13508, approached said Plaintiff.

4. That on or about March 13, 2002, Plaintiff was unlawfully attacked with no just cause or provocation by the Defendants, OFFICER FIDEL VARGAS, STAR NO. 6255 and OFFICER ISIDOR RAMOS, STAR NO. 13508, in an alley at or near 2241 North Spaulding in the City of Chicago, County of Cook and State of Illinois.

5. That Plaintiff while in an alley at or near 2241 North Spaulding was assaulted and battered without any reason or provocation by the Defendants, OFFICER FIDEL VARGAS, STAR NO. 6255 and OFFICER ISIDOR RAMOS, STAR NO. 13508, specifically, when said Defendants battered and kicked Plaintiff about his body and face.

6. That said Defendants, OFFICER FIDEL VARGAS, STAR NO. 6255 and OFFICER ISIDOR RAMOS, STAR NO. 13508, specifically assaulted and battered the Plaintiff about his body without any reasonable provocation whatsoever or in a defensive manner and committed said assault using excessive force which was unreasonable in light of the facts and circumstances confronting the Defendants, which resulted in severe injuries to the Plaintiff.

7. That said Defendants, OFFICER FIDEL VARGAS, STAR NO. 6255 and OFFICER ISIDOR RAMOS, STAR NO. 13508, assaulted and battered the Plaintiff without any reasonable provocation whatsoever and committed said assault using excessive force after they knew that

Plaintiff was not acting in a defensive manner and defendant acts were committed in a reckless and callous disregard for Plaintiff's rights.

8. That the assault of the Plaintiff herein, as fully described herein, was committed by the Defendants, OFFICER FIDEL VARGAS, STAR NO. 6255 and OFFICER ISIDOR RAMOS, STAR NO. 13508, under the color of law and violated the rights of the Plaintiff, as guaranteed by the Fourth Amendment via the Fourteenth Amendment of the Constitution of the United States.

9. That as a direct and proximate result of the acts of the Defendants, OFFICER FIDEL VARGAS, STAR NO. 6255 and OFFICER ISIDOR RAMOS, STAR NO. 13508, the Plaintiff became seriously and permanently injured, specifically, he suffered multiple body trauma and also suffered mental damages which in combination caused great discomfort and has and will cause the plaintiff to incur ongoing damages as he attempts to recover from the damages proximately caused by the acts of the Defendants.

WHEREFORE, the plaintiff, JORGE LOPEZ, prays for judgment against the Defendants, OFFICER FIDEL VARGAS, STAR NO. 6255 and OFFICER ISIDOR RAMOS, STAR NO. 13508, in excess of ONE HUNDRED THOUSAND ($100,000.00) DOLLARS for compensatory and punitive damages, plus costs of this action and also for attorney's fees incurred herein pursuant to this action.

## COUNT II

### INTENTIONAL TORT ASSAULT AND BATTERY

10. Plaintiff re-alleges and incorporates herein paragraphs 1 through 9 of Count I as if fully set forth herein.

11. That at all times mentioned in this complaint the Plaintiff was in the exercise of due care and caution for his own safety.

3

12. That it was the duty of the Defendants, OFFICER FIDEL VARGAS, STAR NO. 6255 and OFFICER ISIDOR RAMOS, STAR NO. 13508, herein acting as agents, servants and/or employees of Defendant, CHICAGO POLICE DEPARTMENT and CITY OF CHICAGO, a Body Politic and Corporate, Individually, not to subject the Plaintiff to unreasonable risk of injury.

13. That at the aforesaid time and place, the Defendants, OFFICER FIDEL VARGAS, STAR NO. 6255 and OFFICER ISIDOR RAMOS, STAR NO. 13508, herein acting as agents, servants and/or employees of Defendant, CHICAGO POLICE DEPARTMENT and CITY OF CHICAGO, a Body Politic and Corporate, did commit one or more of the following intentional acts:

    a. Intentionally assaulted and battered Plaintiff by throwing the Plaintiff to the ground.

    b. Intentionally assaulted and battered the Plaintiff by kicking him about his body and face.

    c. Intentionally assaulted and battered the Plaintiff by punching him about his body and face..

14. That as a direct and proximate result of the aforesaid intentional acts of the Defendants, OFFICER FIDEL VARGAS, STAR NO. 6255 and OFFICER ISIDOR RAMOS, STAR NO. 13508, herein acting as agents, servants and/or employees of Defendant, CHICAGO POLICE DEPARTMENT and CITY OF CHICAGO, a Body Politic and Corporate, said Plaintiff was seriously and permanently injured, both internally and externally, specifically, Plaintiff suffered multiple body trauma and mental damage; he suffered great pain and anguish and was hindered and delayed in his occupation and continues in said same condition presently.

WHEREFORE, the Plaintiff, JORGE LOPEZ, prays for judgment against the Defendants, OFFICER FIDEL VARGAS, STAR NO. 6255 and OFFICER ISIDOR RAMOS, STAR NO. 13508, herein acting as agents, servants and/or employees of Defendant, CHICAGO POLICE DEPARTMENT and CITY OF CHICAGO, a Body Politic and Corporate, in excess of ONE

HUNDRED THOUSAND ($100,000.00) DOLLARS, plus costs of this action.

## COUNT III

### FALSE ARREST AND IMPRISONMENT

15. Plaintiff realleges and incorporates herein paragraphs 1 through 9 of Count I as if fully set forth herein.

16. Plaintiff was arrested and handcuffed by Defendants, OFFICER FIDEL VARGAS, STAR NO. 6255 and OFFICER ISIDOR RAMOS, STAR NO. 13508, without good cause and justification and taken to the 14th District Police Headquarters for processing where he remained for some time.

17. That on January 16, 2003, Judge Hyman Riebman found no probable cause for the Plaintiff's arrest and his criminal matter was dismissed.

18. That acts of the Defendants as set forth above and herein were done intentionally or with such reckless disregard that Plaintiff was falsely, unlawfully and wrongly, with force against their will, arrested, imprisoned and deprived of their liberty to their damage as listed above.

WHEREFORE, the Plaintiff, JORGE LOPEZ, pray for judgment against the defendants, OFFICER FIDEL VARGAS, STAR NO. 6255 and OFFICER ISIDOR RAMOS, STAR NO. 13508, in excess of ONE HUNDRED THOUSAND ($100,000.00) DOLLARS for compensatory and punitive damages, plus costs of this action and also for attorney's fees incurred herein pursuant to this action.

## COUNT IV

### RESPONDEAT SUPERIOR

19. Plaintiff re-alleges and incorporates herein paragraphs 10 through 14 of Count II as if fully set forth herein.

20. The actions of the individual Defendants as set forth above and herein were done while the Defendants were within the scope of their employment.

20. Defendant, CITY OF CHICAGO, employed said Defendants and is therefore liable under the Doctrine of Respondeat Superior for the state law claims alleged in Count II above.

WHEREFORE, the Plaintiff, JORGE LOPEZ, prays for judgment against the Defendants, OFFICER FIDEL VARGAS, STAR NO. 6255 and OFFICER ISIDOR RAMOS, STAR NO. 13508, Individually, and acting as agents, servants and/or employees of Defendant, CHICAGO POLICE DEPARTMENT and CITY OF CHICAGO, a Body Politic and Corporate, in excess of ONE HUNDRED THOUSAND ($100,000.00) DOLLARS, plus costs of this action.

                                             _____
                                             Attorney for Plaintiff

LAW OFFICES OF STEVEN J. MALMAN
& ASSOCIATES, P.C.
205 W. Randolph Street
Suite 1040
Chicago, Illinois 60606
312/629-0099

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS



# Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the Northern District of Illinois.

**Plaintiff(s):** Jorge Lopez

**Defendant(s):** Ofc. Fidel Vargas, #6255 and Ofc. Isidor Ramos, #13508, Ind. and as agents, servants and/or employees of Chicago Police Department and City of Chicago, a body politic and corporate

County of Residence: Cook County, IL

County of Residence:

Plaintiff's Atty: Steven J. Malman
Law Offices of Steven J. Malman
205 W. Randolph, Ste. 100
Chicago, IL 60606
(312) 629-0099

Defendant's Atty: Assistant Corporation Counsel
30 North LaSalle, Ste. 900
Chicago, IL 60602
(312) 744-7150

03C 1278

DOCKETED FEB 21 2003

JUDGE AMY ST. EVE

MAGISTRATE JUDGE ASHMAN

II. Basis of Jurisdiction: 3. Federal Question (U.S. not a party)

III. Citizenship of Principal Parties (Diversity Cases Only)
Plaintiff: - N/A
Defendant: - N/A

IV. Origin: 1. Original Proceeding

V. Nature of Suit: 440 Other Civil Rights

VI. Cause of Action: 42 U.S.C. Sections 1983 and 1985

VII. Requested in Complaint
Class Action:
Dollar Demand:
Jury Demand: No

VIII. This case IS NOT a refiling of a previously dismissed case.

Signature: _____  2-20-03

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### Eastern Division

In the Matter of

Jorge Lopez vs. Ofc. F. Vargas, #6255 and Ofc. Isidor Ramos, #13508, Ind. and as agents, servants and/or employees of the Chicago Police Dept. and City of Chicago, a body politic and corporate

Case Number: **03C 1278**

APPEARANCES ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY(S) FOR:

Plaintiff, Jorge Lopez

JUDGE AMY ST. EVE

MAGISTRATE JUDGE

DOCKETED FEB 21 2003

| (A) | (B) |
|---|---|
| SIGNATURE | SIGNATURE |
| NAME: Steven J. Malman | NAME: Cory M. Boyer |
| FIRM: Law Offices of Steven J. Malman & Assoc. | FIRM: Same |
| STREET ADDRESS: 205 West Randolph, Ste. 1040 | STREET ADDRESS: Same |
| CITY/STATE/ZIP: Chicago, Illinois 60606 | CITY/STATE/ZIP: Same |
| TELEPHONE NUMBER: (312) 629-0099 | TELEPHONE NUMBER: Same |
| IDENTIFICATION NUMBER: 6207944 | IDENTIFICATION NUMBER: 6277167 |
| MEMBER OF TRIAL BAR? YES ✓ NO | MEMBER OF TRIAL BAR? YES NO ✓ |
| TRIAL ATTORNEY? YES ✓ NO | TRIAL ATTORNEY? YES ✓ NO |
| | DESIGNATED AS LOCAL COUNSEL? YES NO ✓ |

| (C) | (D) |
|---|---|
| SIGNATURE | SIGNATURE |
| NAME | NAME |
| FIRM | FIRM |
| STREET ADDRESS | STREET ADDRESS |
| CITY/STATE/ZIP | CITY/STATE/ZIP |
| TELEPHONE NUMBER | TELEPHONE NUMBER |
| IDENTIFICATION NUMBER | IDENTIFICATION NUMBER |
| MEMBER OF TRIAL BAR? YES NO | MEMBER OF TRIAL BAR? YES NO |
| TRIAL ATTORNEY? YES NO | TRIAL ATTORNEY? YES NO |
| DESIGNATED AS LOCAL COUNSEL? YES NO | DESIGNATED AS LOCAL COUNSEL? YES NO |